**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Southern _____  District of  Florida _____
(State)

Case number (*If known*): _____  Chapter 7 ____

❑ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
❑ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

777 Partners LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

❑ Unknown

6 1 _ 1 7 6 2 5 6
EIN

**5. Debtor's address**

**Principal place of business**

100 SE 2nd Street, Suite 2000
Number  Street

_____

Miami                  FL      33131
City                   State   ZIP Code

Miami-Dade County
County

**Mailing address, if different**

_____
Number  Street

_____
P.O. Box

_____  _____  _____
City                  State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number  Street

_____

_____  _____  _____
City                  State   ZIP Code

Debtor _____    Case number (*if known*)_____
Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | | MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | | MM / DD / YYYY |

**Part 3:    Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor _____     Case number (*if known*)_____
_____
Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Vida Longevity Fund, LP (n/k/a Obra Insurance Fund, LP) | Judgment claim | $ 11,813,932.00 |
| | Vida Insurance Credit Opportunity Fund II, LP | Judgment claim | $ 7,088,354.00 |
| | Vida Insurance Credit Opportunity Fund III, LP | Judgment claim | $ 7,097,714.00 |
| | | Total of petitioners' claims | $ $26,000,000.00 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| Vida Longevity Fund, LP (n/k/a Obra Insurance Fund, LP)<br>Name | Daniel Gielchinsky<br>Printed name |
| 437 Madison Avenue, 26th Floor<br>Number    Street | DGIM Law, PLLC<br>Firm name, if any |
| New York        NY        10022<br>City         State      ZIP Code | 2875 NE 191st Street, Suite 705<br>Number    Street |
| | Aventura          FL        33180<br>City            State       ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | |
| _____<br>Name | Contact phone  (786) 698-6301    Email dan@dgimlaw.com |
| _____<br>Number    Street | Bar number  _____ |
| _____<br>City         State      ZIP Code | State       _____ |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on  7/16/2026<br>MM / DD / YYYY | ✖ Daniel Gielchinsky<br>Signature of attorney |
| ✖ *Stephen Kirkwood*<br>AAA53C0C5B1E42E...<br>Signature of petitioner or representative, including representative's title | Date signed  07/16/2026<br>MM / DD / YYYY |

Debtor _____    Case number (*if known*)_____
                    Name

**Name and mailing address of petitioner**

Vida Insurance Credit Opportunity Fund II, LP
Name

437 Madison Avenue, 26th Floor
Number    Street

New York                          NY              10022
City                                  State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                              State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/16/2026
                     MM / DD / YYYY

✖ *Signed by:*
   *Stephen Kirkwood*
   AAA53C0C5B1E42E...
Signature of petitioner or representative, including representative's title

---

Daniel Gielchinsky
Printed name

DGIM Law, PLLC
Firm name, if any

2875 NE 191st Street, Suite 705
Number    Street

Aventura                          FL              33180
City                                  State          ZIP Code

Contact phone    (786) 698-6301    Email  dan@dgimlaw.com

Bar number    _____

State          _____

✖ Daniel Gielchinsky
Signature of attorney

Date signed    07/16/2026
                     MM / DD / YYYY

---

**Name and mailing address of petitioner**

Vida Insurance Credit Opportunity Fund III, LP
Name

437 Madison Avenue, 26th Floor
Number    Street

New York                          NY              10022
City                                  State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                              State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/16/2026
                     MM / DD / YYYY

✖ *Signed by:*
   *Stephen Kirkwood*
   AAA53C0C5B1E42E...
Signature of petitioner or representative, including representative's title

---

Daniel Gielchinsky
Printed name

DGIM Law, PLLC
Firm name, if any

2875 NE 191st Street, Suite 705
Number    Street

Aventura                          FL              33180
City                                  State          ZIP Code

Contact phone    (786) 698-6301    Email  dan@dgimlaw.com

Bar number    _____

State          _____

✖ Daniel Gielchinsky
Signature of attorney

Date signed    07/16/2026
                     MM / DD / YYYY

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 4