**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| *In re* | **Chapter 7** |
| **777 PARTNERS LLC** | **Case No. [_]** |
| **Alleged Debtor** | |

**CORPORATE OWNERSHIP STATEMENT OF
VIDA LONGEVITY FUND, LP (N/K/A OBRA INSURANCE FUND, LP)
PURSUANT TO FED. R. BANKR. P. 1010(b) AND 7007-1**

Pursuant to Rules 1010(b) and 7007-1 of the Federal Rules of Bankruptcy Procedure, Vida Longevity Fund, LP (n/k/a Obra Insurance Fund, LP) ("Vida Longevity"), a limited partnership organized under the laws of Delaware, hereby submits this corporate ownership statement (this "Corporate Ownership Statement") in connection with the involuntary Chapter 7 bankruptcy petition filed against 777 Partners LLC ("777 Partners"). Vida Longevity hereby represents that no corporate entity directly or indirectly owns 10% or more of Vida Longevity's outstanding equity interests.

**Declaration Under Penalty of Perjury**

I, the undersigned authorized representative of Vida Longevity, have authority to execute this Corporate Ownership Statement and the related involuntary bankruptcy petition for 777 Partners on behalf of Vida Longevity. I declare under penalty of perjury that I have reviewed this Corporate Ownership Statement, and that all information contained therein is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

*[Signature Page to Follow]*

Docusign Envelope ID: 177D36EA-B243-84C0-8057-FF3C7432A895

July 16, 2026

Vida Longevity Fund, LP (n/k/a Obra Insurance
Fund, LP)

Signed by:

*Stephen Kirkwood*

AAA53C0C5B1E42E...

Stephen Kirkwood
Chief Legal Officer & Chief Compliance Officer