UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

777 PARTNERS, LLC,                                    Case No.: 26-19312
                                                      Chapter 7 Involuntary

      Debtor.

_____/

## NOTICE OF FILING

Involuntary Petitioners, VIDA LONGEVITY FUND, LP, VIDA INSURANCE CREDIT

OPPORTUNITY FUND II, LP AND VIDA INSURANCE CREDIT OPPORTUNITY FUND III,

LP, by and through undersigned counsel, hereby files the *Amended Judgment* dated July 13, 2026,

in the case *Vida Longevity Fund, LP, v. Suttonpark Capital, LLC, et al,* Index No. 656715/2022 in

the Supreme Court of the State of New York, County of New York attached as **Exhibit A.**

Dated July 16, 2026.

      **DGIM Law, PLLC**
      *Counsel to Involuntary Petitioners*
      2875 NE 191st Street, Suite 705
      Aventura, Florida 33180
      Phone: (305) 763-8708

      By: /s/ *Daniel Y. Gielchinsky*
          Daniel Y. Gielchinsky, Esq.
          Florida Bar No. 97646
          dan@dgimlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this July 16, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

By: /s/ *Daniel Y. Gielchinsky*
Daniel Y. Gielchinsky, Esq.

2

# EXHIBIT A

Case 26-19312-PDR   Doc 6   Filed 07/16/26   Page 4 of 7

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

|  |  |
|---|---|
| VIDA LONGEVITY FUND, LP, VIDA INSURANCE CREDIT OPPORTUNITY FUND II, LP, VIDA INSURANCE CREDIT OPPORTUNITY FUND III, LP, AND VIDA CAPITAL MANAGEMENT, LLC,<br><br>*Plaintiffs,*<br><br>vs.<br><br>SUTTONPARK CAPITAL LLC, SIGNAL FINANCIAL HOLDINGS LLC, 777 PARTNERS LLC, AND BRICKELL PC INSURANCE HOLDINGS LLC,<br><br>*Defendants.* | Index No. 656715/2022<br>Hon. Joel M. Cohen<br><br>**AMENDED JUDGMENT** |

**WHEREAS** Plaintiffs Obra Capital Management, LLC f/k/a Vida Capital Management LLC, Vida Longevity, Vida Insurance Credit Opportunity Fund II, and Vida Insurance Credit Opportunity Fund III, "Plaintiffs"), and defendants 777 Partners LLC, SuttonPark Capital LLC, Signal Financial Holdings LLC and Brickell PC Insurance Holdings LLC ("Defendants"), by and through their undersigned counsel, hereby consent to the form and entry of this amended judgment (this "Consent Judgment"); and

**WHEREAS** the signatories to this Consent Judgment warrant and represent that they are duly authorized to execute this Consent Judgment, and that they have the authority to take all appropriate actions required to be taken pursuant to the Judgment to effectuate its terms; and

**WHEREAS** this Court has jurisdiction over the subject matter herein and each of the parties consenting hereto; and

**WHEREAS** the parties have agreed to settle and compromise all affirmative claims, defenses and counterclaims that were, or could have been, asserted in this action.

**NOW, THEREFORE,** without trial or adjudication of any issue of fact or of law herein, and upon the consent of the parties hereto, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS ENTERED** in favor of Plaintiffs and against Defendants as follows:

1.      The judgment amount in favor of Plaintiffs, having a business address of 437 Madison Ave., 26th Fl., New York, NY 10022, and against Defendants, having a business address of 100 SE 2nd Street, Suite 2000, Miami, FL 33131, in the amount of Twenty-Six Million and 0/100 Dollars ($26,000,000.00) is hereby granted and ordered entered as the final judgment in this action.

   a.      The judgment amounts owed to each individual Plaintiff, based on each of their respective holdings under the Margin Loan Agreement, are as follows:

| Plaintiff | Loan Percentage | Judgment Amount |
|---|---|---|
| Vida Longevity Fund, LP | 45.4382% | $11,813,932.00 |
| Vida Insurance Credit Opportunity Fund II, LP | 27.2629% | $7,088,354.00 |
| Vida Insurance Credit Opportunity Fund III, LP | 27.2989% | $7,097,714.00 |

2.      In exchange for the consideration set forth herein and upon the execution of this Consent Judgment, Plaintiffs agree to discontinue the above-captioned action against Defendants.

3.      This Consent Judgment is final and binding on the parties. The terms of this Consent Judgment are contractual and not merely recitals, and none may be amended or modified except by a writing executed by all parties hereto and approved by the Court.

4.      This Consent Judgment shall become effective upon its execution by all parties and its entry by the Court.

5.      The Clerk of the Court is directed to enter this final judgment forthwith.

Dated: New York, New York
_____, 2026

**F I L E D**

Jul 13 2026

NEW YORK
COUNTY CLERK'S OFFICE

SO ORDERED:

_____  6/4/26
Hon. Joel M. Cohen, J.S.C.

_____
Clerk

The undersigned consent to the form and entry of the foregoing Consent Judgment:

**SLARSKEY LLC**

/s/Adam D. Hollander
Adam D. Hollander
Evan Fried
Keith Dore
767 Third Avenue, 14th Floor
New York, New York 10017
Telephone: (212) 970-1600

*Attorneys for Defendants SuttonPark Capital LLC, Signal Financial Holdings LLC, 777 Partners LLC, and Brickell PC Insurance Holdings LLC*

**GLENN AGRE BERGMAN & FUENTES LLP**

/s/ Andrew K. Glenn
Andrew K. Glenn
Kurt A. Mayr
Trevor J. Welch
Naznen Rahman
Margaret J. Lovric
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
(212) 970-1600

*Attorneys for Plaintiffs Obra Capital Management, LLC f/k/a Vida Capital Management, LLC, Vida Longevity Fund, LP, Vida Insurance Credit Opportunity Fund II, LP, and Vida Insurance Credit Opportunity Fund III, LP*

Creditors: Obra Capital Management, LLC f/k/a Vida Capital Management, LLC;
Vida Longevity Fund, LP; Vida Insurance Credit Opportunity Fund II, LP;
Vida Insurance Credit Opportunity Fund III, LP

Debtors: SuttonPark Capital LLC; Signal Financial Holdings LLC; 777 Partners LLC;
Brickell PC Insurance Holdings LLC

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---

VIDA LONGEVITY FUND, LP, VIDA
INSURANCE CREDIT OPPORTUNITY FUND
II, LP, VIDA INSURANCE CREDIT
OPPORTUNITY FUND III, LP, AND VIDA
CAPITAL MANAGEMENT, LLC,

          *Plaintiffs,*

    vs.

SUTTONPARK CAPITAL LLC, SIGNAL
FINANCIAL HOLDINGS LLC, 777 PARTNERS
LLC, AND BRICKELL PC INSURANCE
HOLDINGS LLC,

          *Defendants.*

---

Index No. 656715/2022

**AMENDED JUDGMENT**

```
    4-4
 FILED AND
 DOCKETED
 Jul 13 2026
AT    04:12 P    M
N.Y. CO. CLK'S OFFICE
```

**GLENN AGRE BERGMAN & FUENTES LLP**

Andrew K. Glenn
Kurt A. Mayr
Trevor J. Welch
Naznen Rahman
Margaret J. Lovric
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
2129701600