**Form CGFI5** (6/1/2026)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 26–19312–PDR**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

777 Partners LLC
100 SE 2nd Street
Suite 2000
Miami, FL 33131

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you in this bankruptcy court on **July 16, 2026**, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:
**US Bankruptcy Court**
**301 North Miami Avenue, Room 150**
**Miami, FL 33128**

At the same time, you must also serve a copy of your motion or answer upon the petitioner's attorney.

Name and Address of Petitioner's Attorney:
Daniel Gielchinsky
2875 NE 191st Street Suite 705
Aventura, FL 33180

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

**Dated: 7/21/26**

**CLERK OF COURT**
By: Yamileth Valencia
Deputy Clerk

*Page 1 of 2*

## CERTIFICATION OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by:

☐   Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐   Personal Service: By leaving the process with debtor or with an officer or agent of debtor at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the debtor at:

☐   Publication: The debtor was served as follows: [Describe briefly]

☐   State Law: The debtor was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____        Signature: _____

| Print Name: |
| Address: |
| City:          State:          Zip: |

*Page 2 of 2*