**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

In re                                                                       Chapter 7

777 Partners LLC,                                              Case No. 26-19312-PDR

    Alleged Debtor.
_____/

## JOINDER TO INVOLUNTARY PETITION

JPC Phase 2, LLC ("JPC"), joins in the involuntary chapter 7 bankruptcy petition filed on

July 16, 2026, by Vida Longevity Fund, LP (n/k/a Obra Insurance Fund, LP); Vida Insurance Credit

Opportunity Fund II, LP and Vida Insurance Credit Opportunity Fund III, LP (the "Petition").

Section 303(c) of the Bankruptcy Code permits creditors to join in an involuntary petition

prior to dismissal of the case or entry of an order for relief.  JPC holds a valid, non-contingent

unsecured claim against 777 Partners LLC, as set forth in the Declaration of Paul Turner, attached

as **Exhibit A.**

August 7, 2026                              STRIS & MAHER LLP
                                            *Counsel for JPC Phase 2, LLC*

                                            111 N Calhoun St, Ste 10
                                            Tallahassee, Florida 32301
                                            Telephone: (213) 995-6809


                                            By: */s/ Elizabeth Brannen*
                                                 Elizabeth Brannen, Esq.
                                                 Florida Bar No. 117629
                                                 Email: ebrannen@stris.com

# Exhibit A

**<u>Declaration of Paul Turner</u>**

1. My name is Paul Turner.  I am a manager of JPC Phase 2, LLC ("JPC").

2. On or about February 18, 2026, the County Court for Miami-Dade County entered a Default Final Judgment in favor of Navan, Inc. ("Navan") against 777 Partners LLC ("777") in the amount of $36,071.25 ("Judgment").  A copy of the Judgment is attached as **<u>Exhibit 1</u>**.

3. On or about March 17, 2026, Navan assigned the Judgment to JPC.  A copy of the assignment is attached as **<u>Exhibit 2</u>**.

4. 777 has not satisfied the Judgment in part or in full.  777 has also not appealed or otherwise sought a stay of the Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August, 7, 2026     _____

# Exhibit 1

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2025-077507-CC-23
SECTION: CG01
JUDGE: Jorge A. Perez Santiago

**NAVAN INC.,**

Plaintiff(s) / Petitioner(s)

vs.

**777 PARTNERS LLC**

Defendant(s) / Respondent(s)

_____ /

## DEFAULT FINAL JUDGMENT

Docket Index Number: 13

A Default having previously been entered against the Defendant on September 10, 2025, and upon a review of the file together with the Affidavits presented, it is hereby ORDERED AND ADJUDGED that:

Plaintiff, NAVAN INC., a Delaware Corporation, 3045 PARK BLVD, Palo Alto CA 94306, shall recover from Defendant, 777 PARTNERS LLC, the following:

| | |
|---|---|
| Principal: | $31,506.90 |
| Costs: | $464.35 |
| Attorney's Fees: | Reserved |
| Interest: | $4,100.00 |
| **Total:** | **$36,071.25** |

That shall bear interest at the rate established pursuant to Florida Statute sec 55.03 until such time as this judgment is satisfied.

For all of the above sums let execution issue.

Defendant(s) name(s) and address(es):
777 PARTNERS at 100 SE 2nd st Suite 2000, Miami, FL 33131

NOT AN OFFICIAL COPY - PUBLIC ACCESS

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 18th day of February, 2026.

2025-077507-CC-23 02-18-2026 8:47 PM

<u>2025-077507-CC-23 02-18-2026 8:47 PM</u>
Hon. Jorge A. Perez Santiago

**COUNTY COURT JUDGE**
Electronically Signed

Final Order as to All Parties SRS #: **12** (Other)

THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.

**Electronically Served:**

- Stacey S Fisher: Pleadings@sprechmanlaw.com
- Steven B. Sprechman: pleadings@sprechmanlaw.com
- Steven B. Sprechman: efiling@sprechmanlaw.com

# Exhibit 2

## ASSIGNMENT OF JUDGMENT

Navan, Inc. ("**Assignor**"), for good and valuable consideration, the receipt of which are hereby acknowledged, hereby assigns, transfers, sets over, and conveys to JPC Phase 2, LLC ("**Assignee**"), all of Assignor's rights and interest in and to the following Default Final Judgment (Filing # 242067928) (the "**Judgment**"):

| Plaintiff(s): | Navan, Inc. |
| --- | --- |
| **Defendant(s):** | 777 Partners LLC |
| **Date Of Judgment:** | 02/18/2026 |
| **Amount Of Judgment:** | $36,071.25 |
| **Court:** | Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida |
| **Case No./Civil Action No.:** | 2025-077507-CC-23 |

together with (a) all related documents and rights Assignor has in the Judgment, as the same may have been amended, supplemented, restated, or modified; (b) the documents underlying, evidencing, securing, representing, or otherwise supporting the Judgment, as the same may have been amended, supplemented, restated or modified; and (c) interest provided for therein.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns.

It is the intention of the parties herein that by the virtue of this Assignment, Assignee will become the owner of the Judgment and all of Assignor's rights, title, and interest incident thereto.

IN WITNESS WHEREOF, Navan, Inc., a Florida limited liability partnership caused this instrument to be executed on March 17, 2026.

_____
Witness signature

_Juliana Arocho_
Printed Name of Witness

_____
Witness signature

_Maribel Garcia_
Printed Name of Witness

Navan, Inc.

By: _____
Name: STEVE SPRECHMAN
Title: ATTORNEY FOR NAVAN, INC.

Page 1 of 1