**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

777 PARTNERS LLC,                              Case No.: 26-19312-PDR

                                               Chapter 7 Involuntary

        Alleged Debtor.

_____ /


**JPC PHASE 2 LLC'S JOINDER TO INVOLUNTARY PETITIONERS VIDA
LONGEVITY FUND, LP, VIDA INSURANCE CREDIT OPPORTUNITY FUND II, LP,
AND VIDA INSURANCE CREDIT OPPORTUNITY FUND III, LP'S EMERGENCY
MOTION REQUESTING STAY OF LATER-FILED CASES PENDING
DETERMINATION OF DEBTOR'S TRANSFER MOTION PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 1014(B) AND SECTION 105(A) OF THE
<u>BANKRUPTCY CODE</u>**

JPC Phase 2, LLC ("JPC") joins in the Emergency Motion Requesting Stay of Later-Filed

Cases Pending Determination of Debtor's Transfer Motion Pursuant to Federal Rule of Bankruptcy

Procedure 1014(B) and Section 105(A) of the Bankruptcy Code, filed on August 10, 2026 by Vida

Longevity Fund, LP, Vida Insurance Credit Opportunity Fund II, LP, and Vida Insurance Credit

Opportunity Fund III, LP. JPC respectfully requests the Court to enter an order granting the relief

requested therein, together with such other and further relief as the Court deems just and proper.


 Dated: August 11, 2026                         Respectfully submitted,

                                                By: */s/ Elizabeth Brannen*
                                                Elizabeth Brannen

                                                STRIS & MAHER LLP

                                                Elizabeth Brannen
                                                Florida Bar No. 117629
                                                111 N Calhoun St, Ste 10
                                                Tallahassee, Florida 32301
                                                Telephone: (213) 995-6809
                                                Email: ebrannen@stris.com

1

G. Jill Basinger*
17785 Center Court Dr. N, Ste 600
Cerritos, CA 90703
Telephone: (213) 995-6800
Email: jbasinger@stris.com

Dmitry Slavin*
John M. Magloire*
1601 K Street NW, Ste 1050
Washington, DC 20006
Telephone: (202) 800-6100
Emails: dslavin@stris.com
jmagloire@stris.com

**Pro hac vice* applications pending

*Counsel for JPC Phase 2, LLC*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 11th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered with the Court to receive electronic notices of filing in this matter.

By: */s/ Elizabeth Brannen*
Elizabeth Brannen