**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re<br><br>777 Partners LLC<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 26-19312 (PDR) |

# STATEMENT AND RESERVATION OF RIGHTS REGARDING ALLEGED DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11

Involuntary Petitioners Vida Longevity Fund, LP, Vida Insurance Credit Opportunity Fund II, LP, and Vida Insurance Credit Opportunity Fund III, LP (collectively, the "Initial Petitioning Creditors"), by and through their undersigned counsel, respectfully submit this statement and reservation of rights regarding the *Alleged Debtor's Motion to Convert Case to a Chapter 11 Case* [Dkt. No. 34] (the "Conversion Motion" or "Mot.")[1], and respectfully state as follows:

1. The Initial Petitioning Creditors do not oppose the relief requested in the Conversion Motion: namely, the conversion of this involuntary Chapter 7 case to a voluntary case under Chapter 11 pursuant to Section 706(a) of the Bankruptcy Code. However, the Initial Petitioning Creditors remain acutely aware of the real risk of administrative insolvency that the Alleged Debtor faces in connection with a Chapter 11 case, especially given that: (i) the Alleged Debtor is jointly and severally liable with the Texas Debtors for the amounts owed under the proposed DIP Facility (Mot. ¶¶ 8-9); (ii) the Alleged Debtor "has very few assets of its own" and owns "negligible tangible assets" (*id.* ¶ 9); and (iii) the Alleged Debtor's management has conceded that there is currently no business plan to ensure repayment of the proposed DIP Facility.

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Conversion Motion.

2. Given this risk, the Initial Petitioning Creditors do not waive and expressly reserve all rights, remedies, and defenses available to them under the Bankruptcy Code and applicable law, including but not limited to the right to seek reconversion of this case to a case under Chapter 7, should future circumstances warrant such action.

Respectfully submitted,

**DGIM LAW, PLLC**

/s/ *Daniel Y. Gielchinsky*
Daniel Y. Gielchinsky, Esq.
Florida Bar No. 97646
2875 NE 191st Street, Suite 705
Aventura, Florida 33180
Phone: (305) 763-8708
Email: dan@dgimlaw.com

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (*pro hac vice*)
Kurt A. Mayr (*pro hac vice*)
Naznen Rahman (*pro hac vice*)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 970-1601
Email: aglenn@glennagre.com
kmayr@glennagre.com
nrahman@glennagre.com

*Counsel to the Initial Petitioning Creditors*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was filed and served via CM/ECF Notification to all parties registered to receive notification on this 21st day of August, 2026.

/s/ *Daniel Y. Gielchinsky*
Daniel Y. Gielchinsky, Esq.
Florida Bar No. 97646
Email: dan@dgimlaw.com